IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN GALLACHER,<br><br>                Plaintiff,<br><br>   v.<br><br>SCRAPBOOK.COM, LLC,<br><br>                Defendant. | Case No. 2:21-cv-01673-MJH |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Jordan Gallacher hereby voluntarily dismisses with prejudice his claims against Defendant Scrapbook.com, LLC.

Dated: February 17, 2022        Respectfully Submitted,

                                                      */s/ Nicholas A. Colella*
                                                      Nicholas A. Colella
                                                      **LYNCH CARPENTER LLP**
                                                      1133 Penn Avenue, 5th Floor
                                                      Pittsburgh, PA 15222
                                                      (412) 322-9243
                                                      (412) 231-0246 (Facsimile)
                                                      NickC@lcllp.com

                                                      *Counsel for Plaintiff*

IT IS SO ORDERED this 17th day of February 2022.

                                                                       */s/ Marilyn J. Horan*
                                                                       Marilyn J. Horan
                                                                       United States District Judge